(122 So. 922)

**Lucius GREEN v. STATE.** (4 Div. 505.)

Court of Appeals of Alabama. April 30, 1929.

RICE, J. Affirmed.

(122 So. 922)

**Charles GREER v. STATE.** (5 Div. 749.)

Court of Appeals of Alabama. May 28, 1929.

C. W. Clegg, of Wedowee, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(121 So. 922)

**Clarence Asbury GRIDLEY v. STATE.**
(8 Div. 805.)

Court of Appeals of Alabama. March 19, 1929.

R. E. Smith, of Huntsville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Petition for habeas corpus. The order of the circuit judge, denying the writ, is affirmed, on authority of Pool v. State, 16 Ala. App. 410, 78 So. 407, and Thacker v. State, 20 Ala. App. 302, 101 So. 636.

Affirmed.

(125 So. 921)

**R. E. GRIFFIN v. J. F. STEWART et al.**
(8 Div. 943.)

Court of Appeals of Alabama. Jan. 23, 1930.

PER CURIAM. Appeal dismissed for want of prosecution.

(127 So. 920)

**C. C. GRIGGS v. Cliff M. AVERETT.**
4 Div. 690.

Court of Appeals of Alabama.
April 8, 1930.

RICE, J.
Affirmed.

(125 So. 921)

**C. C. GRIGGS v. CITY OF PHENIX CITY.**
(4 Div. 452.)

Court of Appeals of Alabama. Dec. 19, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.